UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
SCOTT A. WILSON, M.D.,              )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )   C.A. No. 15-101 WES
                                    )
UTC LABORATORIES, L.L.C., d/b/a     )
RENAISSANCE RX, and SYNTACTX LLC,   )
                                    )
         Defendants.                )
_____ )

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on November 14, 2017 (ECF No. 68) recommending that the Court grant Defendant UTC Laboratories, LLC d/b/a Renaissance RX's Second Motion for Summary Judgment ("Motion") (ECF No. 60) and enter final judgment for Defendants as to each of Plaintiff's claims. Plaintiff has not objected to the R&R. After carefully reviewing the R&R and the parties' submissions, the Court ACCEPTS the R&R in its entirety and adopts the reasoning outlined therein. Accordingly, Defendant's Motion (ECF No. 60) is GRANTED; final judgment should enter for Defendants.

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date: December 11, 2017