# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SCOTT A. WILSON, M.D.,
    Plaintiff,

    v.                                            C.A. No. 15-101 WES

UTC LABORATORIES, L.L.C,
et al.,
    Defendants.

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the Order entered by this Court on December 11th, 2017 judgment hereby enters for the Defendants UTC Laboratories, L.L.C. and Syntactx LLC, and against the Plaintiff Scott A. Wilson.

                                                      Enter:

                                                      /s/ Ryan H. Jackson
                                                      ———————————————
                                                      Deputy Clerk

Dated: December 11th, 2017